# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1152. ERIC HIXSON v. THE STATE.

After entering a guilty plea, Eric Hixson filed a motion for an out-of-time appeal. The trial court denied the motion, and Hixson filed this appeal.

In *Cook v. State*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). Hixson, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022). Rather than denying Hixson's motion, the trial court should have dismissed it. See id. Accordingly, the trial court's order denying the motion for out-of-time appeal is hereby VACATED and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/29/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*